EDWARD LIVINGSTON, an Infant, etc., v. JAMES H. ROANE.— Motion granted so far as to stay execution of judgment pending the determination by this court of the motion to be made for leave to appeal or for reargument, and in the event

of denial thereof, then until the granting or final refusal by the Court of Appeals of leave to appeal to that court. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.